PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Norma Copper  Cr.: 04-00760-001
PACTS Number: 40656

Name of Sentencing Judicial Officer: The Honorable Freda L. Wolfson, United States District Court Judge

Date of Original Sentence: 05/12/05

Original Offense: Bank Fraud

Original Sentence: Six months imprisonment; Three years Supervised Release with the following special conditions: Six months home confinement with electronic monitoring, abstinence from alcohol, financial disclosure, no new credit, DNA collection, restitution in the amount of $246,812.42.

Type of Supervision: Supervised Release   Date Supervision Commenced: 12/15/05

## PETITIONING THE COURT

[X] To extend the term of supervision for 1 years, for a total term of 4 years.
[ ] To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

As a result of recent unemployment and financial setbacks, the probation office respectfully requests a one year extension of this offender's term of supervised release, allowing her additional time to come into compliance with her restitution payments.

Respectfully submitted,

By: Shawn Marie Leakan
U.S. Probation Officer
Date: 08/25/08

PROB 12B - Page 2
Norma Cooper

THE COURT ORDERS:

[✓] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9/15/08
_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF NEW JERSEY

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Supervision to be extended until restitution payments are current or until, December 14, 2009, whichever occurs first.

Witness: _____   Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

_____8/21/2008_____
DATE